# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| BARRY WILSON<br><br>　　　　Plaintiff,<br>　v.<br>WAVESTREAM CORPORATION, AND DOES 1 THROUGH 60, INCLUSIVE,<br><br>　　　　Defendant. | Case No. 2:24-cv-00061-AH-BFM(x)<br><br>**ORDER RE STIPULATED PROTECTIVE ORDER** |

Having considered the papers, and finding that good cause exists, the Parties' Stipulated Protective Order is **granted**.

**IT IS SO ORDERED**.

DATED: March 28, 2025

BRIANNA FULLER MIRCHEFF
UNITED STATES MAGISTRATE JUDGE